Calvin BOLDING, Plaintiff–Appellee,

v.

Anthony C. NEWLAND; et al., Defendant–Appellant.

No. 00–15877.

D.C. No. CV–99–2317–WBS.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001.[1]

Decided May 21, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM[2]

This appeal from a preliminary injunction comes to us for review under Ninth Circuit Rule 3–3. Because the district court's ninety-day preliminary injunction has expired and requested medical care was provided to the appellee, the appeal is moot. *See* 18 U.S.C. § 3626(a)(2) ( preliminary injunction issued under this section expires within 90 days); *see also University of Texas v. Camenisch*, 451 U.S. 390, 398, 101 S.Ct. 1830, 68 L.Ed.2d 175 (1981) (whether a preliminary injunction should have been issued is moot where its essential terms have been carried out); *Cammermeyer v. Perry*, 97 F.3d 1235, 1238 (9th Cir.1996) (the "capable of repetition yet evading review" exception to the mootness doctrine does not apply).

DISMISSED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.